### 10413.   HARVEY *v.* BOYD *et al.*

LUKE, J. This case is controlled by the decision this day rendered in *Harvey* v. *Boyd,* ante, 561.

*Judgment affirmed. Bloodworth, J., concurs; Broyles, C. J., dissents.*

DECIDED DECEMBER 10, 1919.

Complaint; from city court of Floyd county—Judge Nunnally— February 25, 1919.

*M. B. Eubanks,* for plaintiff in error.

*Nathan Harris, L. H. Covington,* contra.